IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.249.15.45

**ISP:** Comcast Cable
**Physical Location:** Sellersville, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/29/2018 21:12:18 | 9D967C415B02698AA3106FD85CA6E9F80CA4797E | Little Liza Dawn |
| 02/13/2018 00:27:47 | 1E9361B5F1D3E5C185404731875705B51B3FA823 | Sex With A Mermaid |
| 10/20/2017 21:59:42 | 2C787A99542D55629EF2828F39C05E6E67A7824A | Virtual Girlfriend |
| 10/20/2017 21:44:59 | BBB2560CBACF9F160C22F8BD92D206EF52931E5F | Rock Me All Night Long |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

EPA741